UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN<br>1718 M Street, N.W., #151<br>Washington, D.C. 20036<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC OLSON<br>300 Indiana Avenue, N.W.<br>Washington, D.C. 20001<br><br>　　　　Defendant. | Civil Action No. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. In support of that notice, the Attorney General states as follows:

1. Eric Olson is the defendant in the civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 2005 Sct 14282, entitled <u>Dennis Sobin v. Eric Olson</u>.

2. The above entitled action was filed on December 19, 2005 and there is an Initial Conference scheduled for January 18, 2006. A copy of the complaint is attached hereto.

3. Plaintiff's complaint alleges on or about November 9, 2005, in the Foggy Bottom area of Washington, D.C., Defendant Eric Olson knowingly and maliciously stole a sign created by plaintiff to promote his upcoming classical guitar performance, causing damages to plaintiff in the amount of $200.00.

4.      Plaintiff's complaint alleges a cause of action against an official of the United States government for which the District Court has original jurisdiction. Accordingly, 28 U.S.C. §§ 1441 and 1442(a) provides bases for removal of this action.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), and 1446.

January 10, 2006                    Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, D.C. BAR # 454357
Assistant United States Attorney
555 4th Street, N.W., Room E4915
Washington, D.C. 20530
(202) 307-0492

# Superior Court of the District of Columbia

Small Claims Forms 11

**CIVIL DIVISION**
**SMALL CLAIMS AND CONCILIATION BRANCH**
Bldg. B, 409 E Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

RECEIVED  General
BY JD✓  DATE 12/30/05

Dennis Sobin
*Plaintiff*
1718 M St. NW, #151
Washington, DC 20036
*Address / Zip Code*

vs.

(1) Eric Olson
(2) _____
(3) _____
*Defendant*

Phone No. 202-544-3819    No. SC 2005 SC1 14288    ☐ Collection Case

## STATEMENT OF CLAIM

On or about November 9, 2005, in the Foggy Bottom area of Washington, DC, Defendant Olson knowingly and maliciously stole a sign created by plaintiff to promote his upcoming classical guitar performance, causing damages to plaintiff in the amount of two hundred dollars.

DISTRICT OF COLUMBIA, ss: Dennis Sobin _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Dennis Sobin
1718 M St. NW ~~Attorney for Plaintiff~~
#151, Wash. DC 20036
*Address / Zip Code*
Phone No. 202-544-3819

[signature] Dennis Sobin
*Plaintiff (or agent)*
Bar No. _____

Subscribed and sworn to before me this 19 day of December 20 05
(month and year)

[signature] Carolyn
Deputy Clerk (or notary public)

**FILED**
DEC 19 2005
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

[Superior Court seal]

## NOTICE
All parties must notify the court of any address changes.

To:
(1) Eric ~~[illegible]~~ Olson
*Defendant*
300 Indiana Ave NW
~~Home Address~~
Room 2002
Washington DC 20001
*Business Address / Zip Code*

(2) _____
*Defendant*
*Home Address / Zip Code*
*Business Address*

You are hereby notified that Dennis Sobin has made a claim and is requesting judgment against you in the sum of ~~$~~ Two Hundred dollars ($ 200 ).

as shown by the foregoing statement. The court will hold a hearing upon this claim on ~~JAN 1 0 2005~~ JAN 18 2006

at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU AT ALL TIMES

CV 1471/Aug. 05

*Deputy Clerk*
*Small Claims and Conciliation Branch*

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| DENNIS SOBIN<br>1718 M Street, N.W., #151<br>Washington, D.C. 20036<br><br>   Plaintiff,<br><br> v.<br><br>ERIC OLSON<br>300 Indiana Avenue, N.W.<br>Washington, D.C. 20001<br><br>   Defendant. | Civil Action No. 2005 Sct 14282 |

## NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

TO: Dennis Sobin
   1718 M Street, N.W., #151
   Washington, D.C. 20035

PLEASE TAKE NOTE that on January 10, 2006, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446. Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

January 10, 2006								Respectfully Submitted,

_Kenneth L. Wainstein /dwk_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_R. Craig Lawrence /dwk_
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_Beverly M. Russell_
BEVERLY M. RUSSELL, D.C. BAR # 454357
Assistant United States Attorney
555 4th Street, N.W., Room E4915
Washington, D.C. 20530
(202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2006, I caused copies of the foregoing Notice of Removal and Notice of Filing Notice of Removal of a Civil Action to be served upon plaintiff via first class mail, postage prepaid:

>Dennis Sobin
>1718 M Street, N.W., #151
>Washington, D.C. 20036

>_____
>BEVERLY M. RUSSELL
>Assistant United States Attorney