UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 06-00030(PLF) |
| ERIC OLSON, | ) ) |
| Defendants. | ) ) ) |

**DEFENDANT'S OPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure ("Federal Rules"), defendant, Eric Olson, an employee with the Court Services and Offender Supervision Agency, moves for an enlargement of time up to and including February 9, 2006 to answer, move or otherwise respond to plaintiff's complaint. This matter was received by the U.S. Attorney's Office on January 3, 2006 and removed from the Superior Court of the District of Columbia on January 10, 2006. Rule 81 of the Federal Rules requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within 5 days after the filing of the petition for removal, whichever is longer. Consistent with this provision, defendant's response is due January 23, 2006 which is twenty days from receipt of plaintiff's complaint by the U.S. Attorney's Office. However, defendant requests that he be granted an extension to February 9, 2006 to respond to plaintiff's complaint. Pursuant to Local

Rule 7(m), the undersigned counsel telephoned plaintiff regarding this nondispositive motion and was informed that plaintiff opposes the relief requested herein.

Defendant's counsel is requesting the additional time to coordinate a response with the Agency which most likely will include provision of a declaration or affidavit to support defendant's response to plaintiff's complaint.

WHEREFORE, based on the foregoing, defendant respectfully requests that his time for answering or otherwise responding to plaintiff's complaint be enlarged up to and including February 9, 2006.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendant's Opposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof</u> was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>19th</u> day of January, 2006 to:

Eric Olson
300 Indiana Avenue, N.W., Room 2002
Washington, D.C.  20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney