UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 06-00030(PLF) |
| ERIC OLSON, | ) ) |
| Defendants. | ) ) |

ORDER

Upon consideration of Defendant's Opposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, the opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the Motion should be and hereby is granted, and further

ORDERED that Defendant shall have up to and including February 9, 2006 to answer, move or otherwise respond to Plaintiff's complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Eric Olson
300 Indiana Avenue, N.W.
Washington, D.C.  20001

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530