UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00030(PLF) |
| | ) |
| ERIC OLSON, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF THE UNITED STATES
AS SOLE DEFENDANT**

Pursuant to 28 U.S.C. § 2679(d)(1), defendant Eric Olson, Community Supervision Officer, Court Services and Offender Supervision Agency for the District of Columbia, is replaced as Defendant by the United States by virtue of the certification that Mr. Olson was acting within the scope of his employment at the time of the events alleged in Plaintiff's complaint. See 28 U.S.C. § 2679(d)(1). Accordingly, Defendant Olson shall be dismissed from this suit and the United States shall be substituted as the sole Defendant in this matter.

Date: February 3, 2006              Respectfully Submitted,


                                    /s/ Kenneth L. Wainstein /dvh
                                    _____
                                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                    United States Attorney

/s/ R. Craig Lawrence

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell

|  |  |
|---|---|
| Of Counsel: | _____ |
| Steve Bailey, Esq. | BEVERLY M. RUSSELL, D.C. Bar #454257 |
| Court Services and Offender | Assistant United States Attorney |
| Supervision Agency for the | United States Attorney's Office for the |
|  District of Columbia |  District of Columbia |
|  | 555 4th Street, N.W., Rm. E-4915 |
|  | Washington, D.C. 20530 |
|  | Ph:  (202) 307-0492 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Notice of Substitution of the United States as Sole Defendant* and *Certification* were made by the Court's Electronic Case Filing System and by first class mail this 3rd day of February, 2006 to:

Eric Olson
300 Indiana Avenue, N.W., Room 2002
Washington, D.C. 20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney