UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 06-00030(PLF) ) |
| ERIC OLSON, | ) ) |
| Defendants. | ) ) |

**CERTIFICATION**

I, R. Craig Lawrence, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>Dennis Sobin v. Eric Olson</u>, Civil Action No. 06-00030(PLF)(D.D.C.), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Eric Olson was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

February 3, 2006

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney
Chief, Civil Division