## DECLARATION OF LINETTE A. LANDER, ASSISTANT GENERAL COUNSEL, COURT SERVICES AND OFFENDER SUPERVISION AGENCY FOR THE DISTICT OF COLUMBIA

I, Linette A. Lander, am an Assistant General Counsel for the Court Services and Offender Supervision Agency (CSOSA) for the District of Columbia. I have served in that capacity since July 1998, and I continue to serve in that capacity to date.

To the best of my knowledge and belief, the Office of General Counsel has not received during the above-mentioned period written notification of a claim by Dennis Sobin for money damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.*

I declare under penalty of perjury that the foregoing is true and correct.

_____
Linette A. Lander, Assistant General Counsel
Court Services and Offender Supervision Agency

Executed on February 1st, 2006.



GOVERNMENT EXHIBIT
1
06-D0030 PLF