UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENNIS SOBIN, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-0030 (PLF) </br> ) </br> ) </br> ) |

ORDER

This matter is before the Court on defendant's motion to stay requirement for a joint report pursuant to Local Rule 16.3 and meet and confer status conference. On January 20, 2006, the Court issued a notice of hearing ordering the parties to meet, confer, and file a joint report pursuant to Local Rule 16.3 by February 10, 2006. Furthermore, the Court ordered the parties to appear for a meet and confer status conference on February 17, 2006. On February 3, 2006, defendant filed a motion to dismiss and motion to stay the requirement for a joint report and the meet and confer status conference until the motion to dismiss has been decided. Upon consideration of the defendant's motion to stay the joint report requirement and meet and confer status conference, it is hereby

ORDERED that defendant's motion to stay the joint report requirement and meet and confer status conference is DENIED. The parties will comply with the deadlines and dates set forth in the Court's January 20, 2006 notice of hearing.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: February 9, 2006           United States District Judge