UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 06-00030(PLF) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF RE-SERVICE OF DEFENDANT'S MOTION TO DISMISS**

On February 3, 2006, Defendant filed a *Motion to Dismiss and Opposed Motion to Stay Requirement for a Joint Report Pursuant to Local Rule 16.3*. The undersigned counsel just recently noticed that the Certificate of Service accompanying the Motion was incorrect. Accordingly, today, February 10, 2006, Defendant is re-serving its Motion to Plaintiff at the following address: 1718 M Street N.W., #151, Washington, D.C. 20036. Additionally, Defendant is serving the Motion by electronic mail to Plaintiff at dennissobin@yahoo.com.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Re-Service of Defendant's Motion to Dismiss* was made by the Court's Electronic Case Filing System, by first class, postage prepaid mail, and by electronic mail, this 10th day of February, 2006 to:

Dennis Sobin
1718 M Street, N.W., #151
Washington, D.C.  20036

dennissobin@yahoo.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney