UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENNIS SOBIN, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 06-00030(PLF) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE JOINT REPORT PURSUANT TO LOCAL RULE 16.3
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States, moves for an enlargement of time up to and including Wednesday, February 15, 2006 for the Parties to file their Joint Report Pursuant to Local Rule 16.3. On February 3, 2006, Defendant filed a *Motion to Dismiss and Opposed Motion to Stay Requirement for a Joint Report Pursuant to Local Rule 16.3*. On February 9, 2006, this Court denied Defendant's motion to stay the requirement for a Joint Report. Accordingly, the Parties must file their Local Rule 16.3 Report today, February 10, 2006. Consistent with this requirement, Defendant's counsel forwarded a draft report to the pro se Plaintiff for his review and comment earlier today, February 10. Plaintiff subsequently informed Defendant's counsel that he would like the opportunity to seek legal advice prior to submitting his input for the Joint Report. Defendant's counsel agreed to move for an extension of the time by which the Parties must file their report to allow Plaintiff a brief period to seek the desired legal advice, and provide his input for the Report.

Accordingly, based on the foregoing, Defendant respectfully requests that the Court enlarge the time by which the Parties must submit their Joint Report Pursuant to Local Rule 16.3 up to and including February 15, 2006.

A proposed Order consistent with the relief requested herein is attached.

        Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's ***Motion for Enlargement of Time to File Joint Report Pursuant to Local Rule 16.3 and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System, by first class, postage prepaid mail, and by electronic mail this 10th day of February, 2006 to:

Dennis Sobin
1718 M Street NW, #151
Washington, D.C.  20036

dennissobin@yahoo.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney