UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-00030(PLF) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

Upon consideration of Defendant's *Motion for Enlargement of Time to File Joint Report Pursuant to Local Rule 16.3 and Memorandum in Support Thereof*, it is this _____ day of _____, 2006,

ORDERED that the Motion should be and hereby is granted, and thus, the Parties shall have up to and including February 15, 2006 to file their Joint Report pursuant to Local Rule 16.3.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Dennis Sobin
1718 M Street NW, #151
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530