UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-00030(PLF) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF RE-SERVICE OF DEFENDANT'S FILINGS**

On January 19, 2006, Defendant filed an *Opposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, and on February 3, 2006, Defendant filed its *Notice of Substitution of the United States as Sole Defendant* and *Certification*. The Certificates of Service accompanying these filings were incorrect. Accordingly, today, February 10, 2006, Defendant re-served these filings on Plaintiff to the following address: 1718 M Street N.W., #151, Washington, D.C. 20036. Additionally, Defendant served its *Notice of Substitution* and *Certification* by electronic mail to Plaintiff at dennissobin@yahoo.com.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Re-Service of Defendant's Filings* was made by the Court's Electronic Case Filing System, by first class, postage prepaid mail, and by electronic mail, this 10th day of February, 2006 to:

Dennis Sobin
1718 M Street, N.W., #151
Washington, D.C. 20036

dennissobin@yahoo.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney