UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 06-00030(PLF) |
| UNITED STATES, | ) ) |
|     Defendants. | ) ) ) |

**THE PARTIES' STIPULATION OF DISMISSAL OF THE ABOVE-CAPTIONED SUIT**

Plaintiff brought this suit on or around December 30, 2005 in the Superior Court for the District of Columbia against Eric Olson, an employee with the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), a federal agency, alleging that Mr. Olson "knowingly and maliciously stole a sign created by plaintiff to promote his upcoming classical guitar performance..." See R. 1, Statement of Claim. Plaintiff requested damages in the amount of $200. Mr. Olson, a Community Supervision Officer ("CSO") with CSOSA since July 24, 2003, removed the case to this Court on January 10, 2006, and on February 3, 2006, the United States filed a notice substituting itself as the party defendant in this matter by virtue of certification, made pursuant to 28 U.S.C. § 2679(d)(1), that Mr. Olson was acting within the scope of his federal employment at the time of the events alleged in Plaintiff's complaint.

As a result of the status conference held in this matter on February 17, 2006, the Parties (i.e., plaintiff Sobin and defendant United States) discussed potential means of resolving this suit without further litigation. Subsequently, defendant United States, through the Court Services and Offender Supervision Agency, has agreed to, by Friday, March 3, 2006, produce to plaintiff a DVD covering the segment of an elder care conference at which plaintiff spoke. Given

defendant United States' commitment in this regard, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties stipulate and agree to dismissal of the above-captioned suit with prejudice.[1]

Respectfully submitted,

_____
DENNIS SOBIN, pro se
1718 M Street, N.W., #151
Washington, D.C. 20036
202-393-1511
DennisSobin@Yahoo.com

March 1, 2006

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Room E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

Pursuant to the Parties' Stipulation of Dismissal, this case is hereby dismissed with prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date:

---

[1] Plaintiff Sobin fully understands that dismissal "with prejudice" means that he cannot bring the claims that are the basis for this suit or any claim that could have been brought as part of this suit as of the date that he signs this Stipulation in the future either against Mr. Olson or/and the United States for any reason other than enforcement of defendant United States' obligation to produce the DVD discussed in this Stipulation.